FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON** and Javline Ranch (a General Partnership), a/k/a Javelin Ranch, a/k/a
Javelin Ranch, LP,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Leonel Alejandro, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

The appellees' "Motion for Leave to File Surreply" is hereby GRANTED.

It is so **ORDERED** January 13, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT